1
2
3
4
5                                                                                    JS-6
6
7
8
9
10
11
12
13                    **UNITED STATES DISTRICT COURT**
14
15                    **CENTRAL DISTRICT OF CALIFORNIA**
16
17   BENJAMIN G. NABLE, as an individual,     Case No. 8:15-cv-00891-DOC-JCG
     and on behalf of all others similarly
18   situated,                                **[PROPOSED] FINAL JUDGMENT
                                              AND ORDER GRANTING FINAL
19                                            APPROVAL OF CLASS ACTION
                    Plaintiff,                SETTLEMENT** [45]
20
21          vs.
     TRANSFIRST, LLC, a Delaware limited
22   liability company; and DOES 1 through     Judge:  Hon. David O. Carter
     10,                                       Date:   October 3, 2016
23                                             Time:   8:30 a.m.
                                               Dept.:  9D
24                  Defendants.
25
26
27
28

This matter came on for hearing on October 3, 2016, at 8:30 a.m., in Department 9D of the United States District Court for the Central District of California before the Honorable David O. Carter.  Due and adequate notice having been given to the Settlement Class (as defined below), and the Court having considered all papers filed and proceedings held herein, all oral and written comments and any objections received regarding the proposed settlement, and having reviewed the record in the above captioned matter, and good cause appearing thereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      The Court has jurisdiction over the subject matter of the above-captioned action (the "Action"), the Class Representative Benjamin G. Nable ("Plaintiff" or "Class Representative"), Defendant TransFirst, LLC ("TransFirst" or "Defendant"), and all members of the Settlement Class, which is comprised of California Members and FLSA Members, as follows:

**California Members**:  All persons who are or were employed by TransFirst as an hourly employee in California at any time from June 5, 2011 through May 23, 2016.

**FLSA Members**:  All persons who are or were employed by TransFirst as an hourly employee in the United States at any time from June 5, 2012 through May 23, 2016 and who is not a California Member, and who affirmatively opts in to the Settlement.

2.      The terms "Settlement" or "Settlement Agreement" shall refer to the Settlement Agreement and Release of Claims filed by Plaintiff as Exhibit 1 to the Declaration of Paul K. Haines in Support of Plaintiff's Motion for Preliminary Approval, on March 28, 2016 (Docket Entry 32-1), and all terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless specifically provided herein.

[PROPOSED] FINAL JUDGMENT AND ORDER GRANTING FINAL APPROVAL

3.     The Court grants final approval of the Settlement Agreement because it meets the criteria for final settlement approval.  The settlement falls within the range of possible approval as fair, adequate, and reasonable, appears to be the product of arm's-length and informed negotiations, and treats all members of the Settlement Class fairly.

4.     The Court finds that the distribution by U.S. first-class mail of the California Notice, FLSA Notice, Consent to Join form, and Request for Exclusion form constituted the best notice practicable under the circumstances to all persons within the definition of the Settlement Class and fully met the requirements of due process under the United States Constitution and applicable state law.  Based on evidence and other material submitted in conjunction with the Final Approval Hearing, the notice to the Settlement Class was adequate.  The notice informed members of the Settlement Class of the terms of the Settlement, their right to participate in the Settlement and how to do so, their right to object to the Settlement or Class Counsel's Motion for Attorneys' Fees and Costs and the Class Representative's Incentive Payment, their right to appear in person or by counsel at the Final Approval Hearing and be heard regarding approval of the Settlement and Class Counsel's motion for Attorneys' Fees and Costs and the Class Representative's Incentive Payment, and their right to exclude themselves from the Settlement and pursue their own remedies.  Adequate periods of time were provided by each of these procedures.  No members of the Settlement Class objected to the Settlement or Class Counsel's Motion for Attorneys' Fees and Costs and the Class Representative's Incentive Payment, and only two (2) California Members opted out of the Settlement.

5.     The Court finds, for purposes of settlement only, that the Settlement Class satisfies the applicable standards for certification under Federal Rules of Civil Procedure 23(a) and 23(b)(3) and under the Fair Labor Standards Act. Accordingly, solely for purposes of effectuating this Settlement, this Court has

1    certified the Settlement Class, as defined above.  Because the Settlement Class is

2    being certified here for settlement purposes only, the Court need not (and does not)

3    address the manageability requirement of Rule 23(b)(3).  *See Amchem Products,*

4    *Inc. v. Windsor*, 521 U.S. 591 (1997).

5         6.    The Court approves the Settlement, and each of the releases and other

6    terms set forth in the Settlement Agreement, as fair, just, reasonable, and adequate

7    as to the Settlement Class, the Class Representative, and Defendant (collectively

8    the "Settling Parties").  The Settling Parties and the Settlement Administrator are

9    directed to perform in accordance with the terms set forth in the Settlement

10   Agreement.

11        7.    Except as to any California Member who has validly and timely opted

12   out of the Settlement, and all potential FLSA Members who did not opt-in, all of

13   the claims asserted in the Action are dismissed with prejudice as to the Class

14   Representative and the members of the Settlement Class.  The Settling Parties are

15   to bear their own attorneys' fees and costs, except as otherwise provided in the

16   Settlement Agreement and in this Judgment and Order.

17        8.    By this Judgment, the Class Representative and California Members

18   who have not validly and timely opted out of the Settlement, and all FLSA

19   Members who have affirmatively opted-in (collectively the "Releasing Members"),

20   hereby release Defendant and the Released Parties (as defined in the Settlement

21   Agreement) from all released claims identified in the Settlement Agreement.

22        9.    The Action is dismissed on the merits and with prejudice,

23   permanently barring the Releasing Members from prosecuting any of the released

24   claims as defined in the Settlement Agreement.  The Court reserves and retains

25   exclusive and continuing jurisdiction over the Action, the Class Representative, the

26   Settlement Class, and Defendant for the purposes of supervising the

27   implementation, effectuation, enforcement, construction, administration, and

28   interpretation of the Settlement Agreement and this Judgment.

[XPROPOSED] FINAL JUDGMENT AND ORDER GRANTING FINAL APPROVAL

10. The Court finds that the plan of allocation of the Net Settlement Amount as set forth in the Settlement Agreement is fair and reasonable, and that distribution of Individual Settlement Payments to the Settlement Class shall be effected in accordance with the terms outlined in the Settlement Agreement and in the parties' Joint Post-Preliminary Approval Hearing Submission Pertaining to Agreed-Upon Reallocation of FLSA Fund [Docket No. 39].

11. The Court hereby confirms the appointment of Benjamin G. Nable as Class Representative for the Settlement Class for purposes of settlement.

12. The Court hereby confirms the appointment of Paul K. Haines, Tuvia Korobkin, and Fletcher W. Schmidt of Haines Law Group, APC as Class Counsel for the Settlement Class for purposes of settlement and the releases and other obligations therein.

13. The Court hereby approves the payment from the Gross Settlement Amount of settlement administration costs in the amount of $28,500.00 to CPT Group, Inc., the Settlement Administrator, for services rendered in this matter. The Court also approves payment from the Gross Settlement Amount of an Incentive Payment to the Class Representative in the amount of $7,500.00, to reimburse the Class Representative for his valuable services in initiating and maintaining this litigation and the benefits conferred onto the Settlement Class and Defendant's current and future employees as a result of the Action. The Court finds that these payments are fair and reasonable. The Settlement Administrator is directed to make the foregoing payments in accordance with the terms of the Settlement Agreement.

14. The Court hereby approves a payment from the Gross Settlement Amount of $7,500.00 to the California Labor & Workforce Development Agency for its share of penalties under the Labor Code Private Attorneys General Act, pursuant to Labor Code § 2699(i), in accordance with the terms of the Settlement Agreement.

[PROPOSED] FINAL JUDGMENT AND ORDER GRANTING FINAL APPROVAL

15.     The Court hereby awards to Class Counsel the amount of $562,500.00 for attorney's fees, and the amount of $10,504.65 for costs.  Based on Plaintiff's Motion for Attorneys' Fees, Costs, and Class Representative Incentive Payment, the Court finds that Class Counsel advanced legal theories on a contingent-fee basis, and that their efforts resulted in a substantial monetary recovery for the Settlement Class.  The Court finds this payment to be fair and reasonable.  The Settlement Administrator is ordered to make these payments to Class Counsel in accordance with the terms of the Settlement Agreement.

16.     Final judgment is hereby entered pursuant to Rule 23(c)(3) of the Federal Rules of Civil Procedure and pursuant to 29 U.S.C. § 216(b).  This document shall constitute a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: _____October 19,_____, 2016     _David O. Carter_____

The Honorable David O. Carter
United States District Judge

[PROPOSED] FINAL JUDGMENT AND ORDER GRANTING FINAL APPROVAL